IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ISIAH EMMANUEL VELAZQUEZ,

      Appellant,

v.

                                Case No.  5D21-2114
                                LT Case No. 17-CF-2072-B

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed April 26, 2022

Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Matthew J. Metz, Public Defender,
and Allison A. Havens, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, EISNAUGLE and TRAVER, JJ., concur.